# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19480

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Sheila Rebecca Webster<br>        Debtor.<br><br>M&I Marshall & Ilsley Bank<br><br>        Movant,<br>  vs.<br><br>Sheila Rebecca Webster, Debtor; Deavid M. Reaves, Trustee.<br><br>        Respondents. | No. 2:09-bk-14726-GBN<br><br>Chapter 13<br><br>NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUIREMENT TO FILE<br><br>RE:  Real Property Located at<br>10 W. Tanglewood Trail<br>Desert Hills, AZ 85086 |

    NOTICE IS HEREBY GIVEN that the above Movant has filed a motion requesting relief from the automatic stay, the details of which are as follows:

Movant asserts that there is no equity in the property, which is the subject of the Motion for Relief from Stay, and/or Respondent has not provided Movant with adequate protection with respect to such property.  Therefore, Movant is entitled to an Order Lifting Stay with respect to such property.

    FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:

M&I Marshall & Ilsley Bank
c/o Mark S. Bosco, Esq.
2525 East Camelback Road
Phoenix, Arizona 85016

WITHIN 15 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing.

FINALLY, Movant's Counsel certifies that a letter was sent seeking to resolve the issues necessitating the motion, to Debtor's Counsel or the Debtor if the Debtor is without counsel and that after sincere effort the parties have been unable to resolve the matter, and the letter was sent at least five (5) business days prior to the filing of the motion.

DATED this 7th day of August, 2009.

TIFFANY & BOSCO, P.A.

BY  /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorney for Movant

Copy of the foregoing was
mailed August 7, 2009.

Sheila Rebecca Webster
33811 N. 2nd Street
Phoenix, AZ  85085
Debtor

Steven D. Keist
P. O. Box 1734
Glendale, AZ 85311-1734
Attorney for Debtor

David M. Reaves
PO Box 44320
Phoenix, AZ 85064-4320
Trustee

Maricopa County Treasurer
P.O. Box 52133
Phoenix, AZ 85072-2133

By:  Cheryl Chavez